**Order entered September 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00417-CV

### KURT W. THOMPSON AND KAY ALYSON THOMPSON, Appellants

### V.

### FLORIDA WOOD TREATERS, INC., Appellee

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-14993**

## ORDER

We **GRANT** appellants' September 11, 2015 unopposed motion for 11 minute extension of time to file brief and **ORDER** the brief tendered to the Clerk of the Court September 10, 2015 filed as of the date of this order. Appellee shall file its brief no later than October 14, 2015.

/s/     CRAIG STODDART
         JUSTICE